**MADE JS-6**

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GAMEZ, suing individually and on behalf of all similarly situated persons,<br><br>    Plaintiff,<br><br>vs.<br><br>FREEMAN LATH & PLASTER, a California Corporation, and EVERETT FREEMAN, individually<br><br>    Defendants. | Case No. CV10-5653-GW-JCGx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFFS JUAN GAMEZ BASED ON THE STIPULATION OF THE PARTIES [F.R.C.P. 41(a)(2)]**<br><br>Action Filed: July 29, 2010 |

Plaintiff Juan Gamez and Defendants Freeman Lath & Plaster and Everett Freeman, through their respective counsel of record, have stipulated that the Court dismiss the claims of Juan Gamez in the above-captioned action in their entirety with prejudice, and dismiss with prejudice Freeman Lath and Plaster and Everett Freeman as defendants, due to the settlement of the matter between the parties on an individual, non-class basis.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the claims of the Juan Gamez be dismissed in their entirety with prejudice and that Freeman Lath & Plaster and Everett Freeman both be dismissed with prejudice as defendants in this pending action.

IT IS SO ORDERED.

Dated: February 14, 2011

_____
Honorable George H. Wu
United States District Judge